```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0112--CV (JWS)
              "RAY VOGT V AHTNA CONSTRUCTION & PRIMARY"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 05/20/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (790) Other labor litigation
                    EMPLOYMENT DISCRIMINATION
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 05/20/05 receipt # 00125763
           Trial by: Court
```

Parties of Record:                                 Counsel of Record:

PLF 1.1            VOGT, RAY                       Theodore D. Hoppner
                                                   Hoppner Law Office
                                                   POB 70767
                                                   Fairbanks, AK 99707
                                                   907-452-2492
                                                   FAX 907-452-4020


DEF 1.1            AHTNA CONSTRUCTION & PRIMARY    Patrick B. Gilmore
                   PRODUCTS CORP                   Atkinson Conway et al
                                                   420 L Street, Suite 500
                                                   Anchorage, AK 99501
                                                   907-276-1700
                                                   FAX 907-272-2082

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0112--CV (JWS)
            "RAY VOGT V AHTNA CONSTRUCTION & PRIMARY"

                       For all filing dates
```

```
Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 05/20/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (790) Other labor litigation
                   EMPLOYMENT DISCRIMINATION
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 05/20/05 receipt # 00125763
        Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/20/05 | Complaint filed; Summons issued. |
| 2 - 1 | 06/02/05 | DEF 1 Attorney Appearance Patrick B. Gilmore. |
| 3 - 1 | 06/10/05 | PLF 1 Return of Service Executed re: DEF 1 on 5/31805. |
| 4 - 1 | 06/13/05 | DEF 1 Answer to Complaint. |
| 5 - 1 | 06/14/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 07/14/05 | Joint Report re: S&P conf. |
| 7 - 1 | 07/14/05 | DEF 1 Rule 7.1 Disclosure Statement. |
| 8 - 1 | 07/25/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 03/15/06; Dispositive mots ddln 04/17/06; 4 day TBC estimate. cc: cnsl |
| 9 - 1 | 08/24/05 | PLF 1 motion (request) to file in Fairbanks. |
| 10 - 1 | 09/01/05 | JWS Minute Order denying motion (request) to file in Fairbanks (9-1). cc: cnsl |
| 11 - 1 | 10/19/05 | PLF 1 Preliminary Witness List. |