IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAY VOGT )<br>)<br>     Plaintiff,           )<br>)<br>vs.                          )<br>)<br>AHTNA CONSTRUCTION AND PRIMARY)<br>PRODUCTS CORPORATION,         )<br>)<br>     Defendant.          )<br>)<br>_____) | Case No. 3:05-cv-00112-TMB |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ray Vogt, and Defendant, Ahtna Construction and Primary Products Corporation, by and through their attorneys of record, stipulate that the above captioned claims of Plaintiff, Ray Vogt, against Defendant Ahtna Construction and Primary Products Corporation, may be dismissed without prejudice, each party to bear their own fees and costs.

1
2
3  ___5-16-06___
   DATE
4
5
6
7
8  ___5/17/06___
   DATE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LAW OFFICE DARRY D. WALKER
Attorney for Plaintiff

*for* Darryl D. Walker
ABA No. 0506045

ATKINSON CONWAY & GAGNON
Attorney for Defendant

Patrick B. Gilmore
ABA No. 7710121

26  STIPULATION TO DISMISS WITHOUT PREJUDICE
Case No. A05-112 CV (TMB)
Vogt v. Ahtna Construction
Page 2 of 2