IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAY VOGT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AHTNA CONSTRUCTION AND PRIMARY ) | |
| PRODUCTS CORPORATION, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-00112-(TMB) |
| ) | |

**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

This matter being heard on stipulation of the parties, and it appearing from the stipulation that the claim of Plaintiff against Defendant, Ahtna Construction and Primary Products Corporation, may be dismissed without prejudice,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claim against Defendant, Ahtna Construction and Primary Products Corporation, is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that all remaining pretrial deadlines are **VACATED.**

**JUDGMENT OF DISMISSAL**
Case No. A05-112 CV (TMB)
Vogt v. Ahtna Construction
Page 1 of 2

      DONE, ORDERED AND ENTERED this \_\_\_\_\_ day of _____,
2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

I certify that on May 24, 2006,
a copy of the foregoing document
was served electronically on

Theodore D. Hoppner

By      s/ Patrick B. Gilmore

**JUDGMENT OF DISMISSAL**
**Case No. A05-112 CV (TMB)**
**Vogt v. Ahtna Construction**
**Page 2 of 2**